MOST REVEREND VINCENT BRIZGYS, PLAINTIFF-RE-
SPONDENT, v. PAULINE STYLER, *ET AL.*, DEFEND-
ANTS-PETITIONERS.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 84 *N. J. Super.* 485.

*Mr. Joseph C. Monico* and *Mr. Sam Weiss* for the peti-
tioners.

*Mr. Richard J. Tarrant* for the respondent.

September 28, 1964.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
CARL SMITH, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

See same case below: 84 *N. J. Super.* 452.

*Mr. John J. Gibbons* for the petitioner.

*Mr. Brendan T. Byrne* and *Mr. C. William Caruso* for the
respondent.